1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3  Name  FREEMAN   RON
      (Last)         (First)        (Initial)

5  Prisoner Number  V41452

6  Institutional Address  SQRC  Gym #170
7                         San Quentin CA  94964

FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11  Ron Freeman
    (Enter the full name of plaintiff in this action.)

12        vs.

13  Marin County District Attorney
14  Ed Berberian  Marin County
15  Sheriff Doyle et alii 1-100

16  (Enter the full name of the defendant(s) in this action))

Case No. CV 08 0889 MJJ (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

E-filing

18  [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.   Exhaustion of Administrative Remedies

20       [Note: You must exhaust your administrative remedies before your claim can go
21       forward. The court will dismiss any unexhausted claims.]

22       A.   Place of present confinement  San Quentin CA

23       B.   Is there a grievance procedure in this institution?
24            YES (✓)   NO ( )

25       C.   Did you present the facts in your complaint for review through the grievance
26            procedure?
27            YES ( )   NO (✓)

28       D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT          - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3      1. Informal appeal    N/A
4
5       N/A    2. First
6  formal level
7
8
9      3. Second formal level    N/A
10
11       N/A    4 Third
12  formal level
13
14
15    E.  Is the last level to which you appealed the highest level of appeal available to
16  you?
17      YES ( )    NO ( )
18    F.  If you did not present your claim for review through the grievance procedure,
19  explain why.    Petition for injunctive Relief
20      For Malicious Prosecution (see)
21      Dotson V. Wilkenson (US Sct)
22  II.  Parties
23    A.  Write your name and your present address. Do the same for additional plaintiffs,
24  if any.
25      Ron Freeman SQRC Gym 170
26      San Quentin CA 94964 - Release date
27      Feb 7th
28    B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT     - 2 -

place of employment.

ED Berberian District Attorney Marin County
Sheriff Doyle Marin County
Marin County Courthouse
3501 Civil Center Drive
San Rafael CA 94913

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

From 1997-2001, (6) six cases (approx 24 Charges) all Dismissed for lack of Evidence. 2002 charged Resbury PCode Cal 459 Grand theft, Elder Abuse - for misprinted rent check and $1,000 donation to Parent teacher assoc Mill Valley. Bail $999,999 for prior strikes - 28 months later ruled no strikes. 2003 - Charged Cal B&P code Violation petty misdemeanor. Had ex wife represent Plaintiff and Defendant. Ex wife's boyfriend on Jury panel, e contra. Sentenced to 2½ years Case overturned 2 years later on appeal. 2003 Had own attorney's testify against me - perjured testimony. Faked Evidence. Restrained from worksite charged Grand theft for failing to complete work. Beaten by Sheriff's Deputy (filed case C03-5440 mjj) in 2007 the Sheriff's (See Back)

IV.   Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Injunctive Relief from Malicious Prosecution

COMPLAINT                                            - 3 -

Department had the contents of my apartment Removed without warrant - Took the legal work for Case C03-5440 mjj w/out Receipt. Entered false evidence into C03-5440 mjj

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

7   I declare under penalty of perjury that the foregoing is true and correct.

9   Signed this __31__ day of __January__, 20_08_

11   _____R&S_____
12             (Plaintiff's signature)

COMPLAINT                     - 4 -



Freeman V94452
SOPC #G170
San Quentin CA
94964

Court Clerk
% United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA 94102

RECEIVED
FEB -6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NSF — SAN QUENTIN STATE PRISON

Legal Mail