FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MJJ
(PR)

Ron Freeman           Plaintiff,

vs.

Marin County Sheriff Doyle  Defendant.
Et al.

CASE NO. CV 08 0889

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Ron Freeman, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ∅                    Net: ∅

Employer: N/A

PIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____CLP INC  Aug 2007  25.35 hour_____
5  _____Architect's & Engineer's Maritimo $37⁰⁰ hour + Comm._____
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or            Yes ✓  No ___
10        self employment
11    b.  Income from stocks, bonds,         Yes ___ No ✓
12        or royalties?
13    c.  Rent payments?                     Yes ___ No ✓
14    d.  Pensions, annuities, or            Yes ___ No ✓
15        life insurance payments?
16    e.  Federal or State welfare payments, Yes ___ No ✓
17        Social Security or other govern-
18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____Employed as Engineer/Architect (Name)_____
22 _____37⁰⁰ + Comm  July Aug 2007 $18000 total_____
23 3.  Are you married?                      Yes ___ No ✓
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____∅_____  Net $_____∅_____
28 4.  a.  List amount you contribute to your spouse's support:$ ____∅____

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  __Joshua Keyan Freeman-Brown__
6  __$0.00 - incarcerated   $1400.00 working__
7  5.   Do you own or are you buying a home?        Yes ___ No ✓
8  Estimated Market Value: $___∅___  Amount of Mortgage: $___∅___
9  6.   Do you own an automobile?                   Yes ✓ No ⊗
10 Make __Ford 2007 Van__ Year __2007__ Model __E-250__
11 Is it financed? Yes ___ ✓No ___ If so, Total due: $ __$20,100.00__
12 Monthly Payment: $ __535.00 + INS.108.00__
13 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____N/A_____
15 _____
16 Present balance(s): $ _____∅_____
17 Do you own any cash? Yes ___ No ✓ Amount: $ ___∅___
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ✓ No ___
20 __Tools (work) $500, Contract Pending Value $75,000 After tax (Contract unsigned)__
21 8.   What are your monthly expenses?
22 Rent: $ __$1400.00__ ⊗           Utilities: __200.00__
23 Food: $ __350.00__               Clothing: __400.00__
24 Charge Accounts:
25 Name of Account       Monthly Payment        Total Owed on This Acct.
26 ____∅____          $ ___∅___              $ ___∅___
27 _____          $ _____              $ _____
28 _____          $ _____              $ _____      9.   Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$36,000 Back child support (uncorrected) School conso credits $50 monthly $20,100 auto loan, 8,000 student loans, Phone 250

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✔ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Freeman v Sheriff Doyle et alii C03 5440 mjj

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Jan 31, 2007                                [signature]
DATE                                         SIGNATURE OF APPLICANT