**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FREEMAN, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>DISTRICT ATTORNEY ED )<br>BERBERIAN, SHERIFF DOYLE, )<br>  )<br>  Defendants. )<br>_____ ) | No. C 08-0889 MMC (PR)<br><br>**ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**(Docket No. 2)** |

On February 11, 2008, plaintiff, a California prisoner then incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983, along with a motion for leave to proceed in forma pauperis ("IFP"). That same date, the Court mailed plaintiff a notice that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved "IFP" application. On February 29, 2008, said notice was returned to the Court as undeliverable because plaintiff was not at the address he had provided to the Court in his complaint. On April 7, 2008, the Court mailed plaintiff a notice that his case had been reassigned to the undersigned; on April 11, 2008, said notice likewise was returned to the Court as undeliverable because plaintiff was not at the address he had provided to the Court in his complaint.

Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon

all opposing parties a Notice of Change of Address specifying the new address." See Civ. L. R. 3-11(a). Where mail directed to such party "has been returned to the Court as not deliverable" and "the Court fails to receive within 60 days of this return a written communication from . . . the *pro se* party indicating a current address," the Court "may dismiss the complaint without prejudice." See Civ. L.R. 3-11(b).

Here, more than sixty days have passed since plaintiff's mail was first returned to the Court as undeliverable, and plaintiff has not notified the Court of his correct current address. Accordingly, the above-titled action is hereby DISMISSED without prejudice, and leave to proceed IFP is hereby DENIED.

This order terminates Docket No. 2.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: May 1, 2008

_____
MAXINE M. CHESNEY
United States District Judge