IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON FREEMAN,

        Plaintiff,

  v.

DISTRICT ATTORNEY ED BERBERIAN,
SHERIFF DOYLE,

        Defendants.
                               /

No. CV-08-0889 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice, and leave to proceed IFP is hereby DENIED.

Dated: May 1, 2008                                               Richard W. Wieking, Clerk

                                                                               *Tracy Lucero*

                                                                               By: <u>Tracy Lucero</u>
                                                                               <u>Deputy Clerk</u>