FILED

MAY X 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FREEMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DISTRICT ATTORNEY ED<br>BERBERIAN, SHERIFF DOYLE,<br><br>    Defendants. | No. C 08-0889 MMC (PR)<br><br>**ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**(Docket No. 2)** |

    On February 11, 2008, plaintiff, a California prisoner then incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983, along with a motion for leave to proceed in forma pauperis ("IFP"). That same date, the Court mailed plaintiff a notice that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved "IFP" application. On February 29, 2008, said notice was returned to the Court as undeliverable because plaintiff was not at the address he had provided to the Court in his complaint. On April 7, 2008, the Court mailed plaintiff a notice that his case had been reassigned to the undersigned; on April 11, 2008, said notice likewise was returned to the Court as undeliverable because plaintiff was not at the address he had provided to the Court in his complaint.

    Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

— CONFIDENTIAL MA~

This letter w~
the prese~
Delivered~

Received~ ~~inmate

Date :

Ronald L. Freeman
Prisoner Id V41452

RETURN TO SENDER  R9II 5/07/08



UNITED STATES POSTAGE
$ 00.58⁰
PITNEY BOWES
02 1A
0004329882   MAY 02 2008
MAILED FROM ZIP CODE 94102

RECEIVED
MAY 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

1 | all opposing parties a Notice of Change of Address specifying the new address." See Civ. L.
2 | R. 3-11(a). Where mail directed to such party "has been returned to the Court as not
3 | deliverable" and "the Court fails to receive within 60 days of this return a written
4 | communication from . . . the *pro se* party indicating a current address," the Court "may
5 | dismiss the complaint without prejudice." See Civ. L.R. 3-11(b).

6 |     Here, more than sixty days have passed since plaintiff's mail was first returned to the
7 | Court as undeliverable, and plaintiff has not notified the Court of his correct current address.
8 | Accordingly, the above-titled action is hereby DISMISSED without prejudice, and leave to
9 | proceed IFP is hereby DENIED.

10 |     This order terminates Docket No. 2.
11 |     The Clerk shall close the file.
12 |     IT IS SO ORDERED.
13 | DATED: MAY 0 1 2008

MAXINE M. CHESNEY
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RON FREEMAN,

        Plaintiff,

v.

MARIN COUNTY DISTRICT ATTORNEY et al,

        Defendant.
_____/

Case Number: CV08-00889 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald L. Freeman
San Quentin State Prison
Prisoner Id V41452
San Quentin, CA 94974

Dated: May 1, 2008

                              Richard W. Wieking, Clerk

                              *Tracy Lucero*

                              By: Tracy Lucero, Deputy Clerk

**FILED**

MAY X 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON FREEMAN,

    Plaintiff,

v.

DISTRICT ATTORNEY ED BERBERIAN,
SHERIFF DOYLE,

    Defendants.

No. CV-08-0889 MMC (PR)   #8

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice, and leave to proceed IFP is hereby DENIED.

Dated: May 1, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RON FREEMAN,

        Plaintiff,

v.

MARIN COUNTY DISTRICT ATTORNEY et al,

        Defendant.

Case Number: CV08-00889 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald L. Freeman
San Quentin State Prison
Prisoner Id V41452
San Quentin, CA 94974

Dated: May 1, 2008

                                      Richard W. Wieking, Clerk

                                      *Tracy Lucero*

                                      By: Tracy Lucero, Deputy Clerk